**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  2:08-CR-30-WKW** |
| | ) | |
| **JONATHAN HARRIS** | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on March 14, 2008 before the undersigned

Magistrate Judge.  Present at this conference was the Honorable John Poti, counsel for the

defendant, and Assistant United States Attorney Matthew Shepherd, counsel for the

government.  As a result of the conference, it is

**ORDERED** as follows:

1.  Jury selection is set for **May 5, 2008**.   The trial of this case is set for the trial

term commencing on **May 5, 2008** before **United States District Judge William Keith**

**Watkins, at the United States District Court, Montgomery, AL** and is expected to last

two (2) days for trial.

2.  There are no motions are currently pending.

3.  Proposed voir dire questions shall be filed on or before **April 28, 2008.** Counsel

should not include questions seeking information which is provided in the jury

questionnaire.

4.  All Motions in Limine shall be filed on or before **April 28, 2008**.  Motions in

Limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

5.  Proposed jury instructions shall be filed on or before **April 28, 2008.**

6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **April 23, 2008.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **May 5, 2008.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **May 5, 2008**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 17th day of March, 2008.


    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE