IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:08cr30-WKW** |
| | ) | |
| **JONATHAN HARRIS** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the defendant, by and through counsel and gives his notice of his intent to change his plea to one of guilty and requests that a hearing be set for that purpose.

For scheduling purposes, undersigned counsel will be out of the local area and unavailable the week of April 21, 2008 through April 25, 2008.

Respectfully submitted this <u>18th</u> day of <u>April</u>, 2008.

    <u>s/John M. Poti</u>
**JOHN M. POTI (POT013)**
Attorney for Jonathan Harris
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Matthew Shepherd</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: <u>     none   </u>.

                                                                                                                 s/John M. Poti  
                                                     **JOHN M. POTI  (POT013)**  
                                                     Attorney for Jonathan Harris  
                                                   696 N. Silver Hills Drive, Suite 102  
                                                   Prattville, Alabama 36066-6184  
                                                   TEL:   (334) 361-3535  
                                                   FAX:  1-866-780-9012  
                                                   Email: john@jmpoti.com