IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:08-CR-30-WKW |
| | ) | |
| JONATHAN HARRIS | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the defendant's change of plea hearing previously set for **April 23, 2008 at 10:00 a.m.** be and is hereby **RESET** for **April 23, 2008**, at **9:30 a.m.**, in **Courtroom 4B**, at the United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is **DIRECTED** to provide a court reporter for this proceeding. The United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 21st day of April, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE