**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:08-cr-30-02-WKW** |
| | ) | |
| **JONATHAN HARRIS** | ) | |

## ORDER

It is **ORDERED** that the sentencing hearing for defendant Jonathan Harris is **CONTINUED** from August 7, 2008, at 9:15 a.m., to **August 13, 2008, at 10:30 a.m.,** in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 30th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE